# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Aaron Warshaw
212.492.2509
aaron.warshaw@ogletreedeakins.com

July 13, 2016

**VIA ECF**
The Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

RE: *Ramos et al. v. Telgian Corporation*, Case No. 16-1542

Dear Clerk of Court:

As directed by the Court, we write on behalf of Respondent-Defendant Telgian Corporation ("Telgian") in the above-captioned matter. On June 27, 2016, Telgian filed a Brief in Opposition and Cross-Petition, and a Supplemental Appendix, in this interlocutory appeal matter. (Docket Entries 23 and 26.) Telgian respectfully requests that such documents be docketed as an Opposition and Cross-Petition. As described in Telgian's Brief, Telgian respectfully opposes Petitioners' Petition seeking interlocutory appellate review; or, in the alternative to denying the Petition, seeks a Cross-Petition certifying two additional issues of law for appellate review.

We thank the Court for its attention in this matter. Should the Court require any additional information, please do not hesitate to contact me.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By /s Aaron Warshaw
Aaron Warshaw

CC: James E. Murphy

25454700.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami
Milwaukee ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington